```
Glenn E. Westreich (State Bar No. 124888)                    **E-filed 9/6/06**
Janelle M. Smith (State Bar No. 231801)
NIXON PEABODY LLP
Two Embarcadero Center, 27th Floor
San Francisco, CA 94111
Telephone: (415) 984-8200
Facsimile:  (415) 984-8300


Attorneys for Plaintiff:
BISCOTTI, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BISCOTTI, INC.,<br><br>      Plaintiff,<br><br>vs.<br><br>STAR CHILDREN'S DRESS CO.,<br>INC., d/b/a RARE EDITIONS, and DOES 1-10, inclusive,,<br><br>      Defendant. | Case No.  C 06-03575 JF<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE SET FOR SEPTEMBER 8, 2006 AND RELATED DEADLINES** |

  Plaintiff BISCOTTI, INC. ("Plaintiff"), and Defendant STAR CHILDREN'S DRESS CO., INC., d/b/a RARE EDITIONS ("Defendant"), through their respective counsel, stipulate as follows:

  1. The Initial Case Management Conference in this matter is currently set for September 8, 2006 at 10:30 a.m;

  2. In order to facilitate pending settlement efforts, the parties have agreed to continue the Initial Case Management Conference in this matter to October 13, 2006 at 10:30 a.m.  No prior continuances of the Initial Case Management Conference have been requested.

## STIPULATION

  1. The Recitals above are incorporated herein by this reference.

  2. The parties' deadline to complete initial disclosures, file a Case Management

1  Conference Statement and Rule 26(f) Reports will be continued to October 6, 2006.

2        3.    The Initial Case Management Conference will be continued to October 13, 2006, at 10:30 a.m.

Respectfully submitted,

NIXON PEABODY LLP

Dated: _9/1_, 2006

By: _____
Glenn E. Westreich
Attorneys for Plaintiff BISCOTTI, INC.

DILLINGHAM & MURPHY, LLP

Dated: September 1, 2006

By: _/s/ Edward E. Hartley_
Edward E. Hartley, Esq.
Attorneys for Defendant
STAR CHILDREN'S DRESS CO., INC.,
d/b/a RARE EDITIONS

**IT IS SO ORDERED.**

Dated: _9/5/06_

_____
The Hon. Jeremy Fogel
United States District Court Judge

Tualaulelei, Tapa
___

**From:** Hartley, Edward [EEH@wirepaladin.com]
**Sent:** Friday, September 01, 2006 9:14 AM
**To:** Tualaulelei, Tapa
**Cc:** Westreich, Glenn
**Subject:** Re: Biscotti v. Star Children's Dress Co., Inc., dba Rare Editions

Glenn:

The stipulation is fine and you have my authorization to e-file (no signature required).

Have a nice holiday.

Ed


Edward E. Hartley, Esq.
Sent from my Blackberry Wireless Handheld


-----Original Message-----
From: Tualaulelei, Tapa <ttualaulelei@nixonpeabody.com>
To: Hartley, Edward <EEH@wirepaladin.com>
CC: Westreich, Glenn <gwestreich@nixonpeabody.com>
Sent: Thu Aug 31 14:01:00 2006
Subject: Biscotti v. Star Children's Dress Co., Inc., dba Rare Editions

Dear Mr. Hartley:


At Glenn's request, I forward herewith for you review and approval a draft Stipulation and (Proposed) Order Continuing the Initial CMC and related deadlines in connection with the above-referenced matter.


If it meets your approval, please sign it and fax or e-mail your signature page back to us so we can get the same filed with the Court. If you have changes or comments, please feel free to contact Glenn Westreich directly at (415) 984-8331.


Very truly yours,



Tapa E. Tualaulelei




Tapa E. Tualaulelei
NIXON PEABODY LLP
Legal Secretary to:

1

Glenn E. Westreich, Esq.
Beth L. Mitchell, Esq.
Ararat Kapouytian, Esq.
Direct No. (415) 984-8444
Main No.  (415) 984-8200
Facsimile:   (415) 984-8300
E-mail: ttualaulelei@nixonpeabody.com
<http://www.nixonpeabody.com> www.nixonpeabody.com

CONFIDENTIALITY NOTICE: The information in this electronic mail is confidential and may be privileged. If you are not the intended recipient, you are hereby notified that any review, dissemination, disclosure, copying, or distribution of the information in these documents is strictly prohibited. If you have received this communication in error, please contact the sender by replying to this e-mail and destroy all copies of the original message (and any attachments). Thank you.

## PROOF OF SERVICE

**CASE NAME:** *Biscotti, Inc. v. Star Children's Dress, Co., d/b/a Rare Editions*
**COURT:** U. S. District Court Northern District of California (San Jose Division)
**CASE NO.:** C 06-03575 JF
**NP FILE NO.:** 033774.000004

I, the undersigned, certify that I am employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; and that my business address is Two Embarcadero Center, Suite 2700, San Francisco, CA 94111-3996. On this date, I served the following document(s):

> **STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE SET FOR SEPTEMBER 8, 2006 AND RELATED DEADLINES**

on the parties stated below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

**_X_** : By First-Class Mail - I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence is deposited with the United States Postal Service on the same day as collected, with first-class postage thereon fully prepaid, in San Francisco, California, for mailing to the office of the addressee following ordinary business practices.

____ : By Personal Service - I caused each such envelope to be given to a courier messenger to personally deliver to the office of the addressee.

____ : By Overnight Courier - I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

____ : By Facsimile - From facsimile number (415) 984-8300 before 5:00 P.M., I caused each such document to be transmitted by facsimile machine, to the parties and numbers listed below, pursuant to Rule 2008. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original of this declaration.

____ : By Electronic Delivery - I caused each such electronic copy to be sent from the offices of Nixon Peabody, San Francisco, California to the electronic mailing address of the addressee(s).

<u>Addressee(s)</u>

**PLEASE SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury that the foregoing is true and correct. Executed on **September 1, 2006** at San Francisco, California.

_____
Tapa E. Tualaulelei

-1-

S553739.1

PROOF OF SERVICE w/ SERVICE LIST
CASE NO. C 06-03575 JF

## SERVICE LIST

Edward E. Hartley, Esq.
Dillingham & Murphy LLP
225 Bush Street, 6th Floor
San Francisco, CA 94104-4207
Telephone No.: (415) 397-2700
Facsimile No.: (415) 397-3300

**Attorneys for Defendant:**
**Star Children's Dress, Co., d/b/a Rare Editions**

-2-

S553739.1

PROOF OF SERVICE w/ SERVICE LIST
CASE NO. C 03 4739 CW