\*\*E-filed 10/11/06\*\*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

BISCOTTI, INC.

CASE NO. C 06-03575 JF

Plaintiff(s),

v.

STAR CHILDREN'S DRESS CO., INC.,
d/b/a RARE EDITIONS

STIPULATION AND [~~PROPOSED~~]
ORDER SELECTING ADR PROCESS

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE)   (ADR L.R. 5)
✓   Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

✓   other requested deadline BY DECEMBER 29, 2006

Dated: 10/6/06

Glenn E. Westreich, Esq.
Attorney for Plaintiff

Dated: 10/6/06

/s/ Edward E. Hartley
Attorney for Defendant

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
      Non-binding Arbitration
      Early Neutral Evaluation (ENE)
✓     Mediation
      Private ADR

Deadline for ADR session
      90 days from the date of this order.
✓     other   DECEMBER 29, 2006

IT IS SO ORDERED.

Dated: 10/11/06

Jeremy Fogel
UNITED STATES MAGISTRATE JUDGE

## PROOF OF SERVICE

**CASE NAME:** *Biscotti, Inc. v. Star Children's Dress, Co., d/b/a Rare Editions*
**COURT:** U. S. District Court Northern District of California (San Jose Division)
**CASE NO.:** C 06-03575 JF
**NP FILE NO.:** 033774.000004

I, the undersigned, certify that I am employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; and that my business address is Two Embarcadero Center, Suite 2700, San Francisco, CA 94111-3996. On this date, I served the following document(s):

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

on the parties stated below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

__X__ : By First-Class Mail - I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence is deposited with the United States Postal Service on the same day as collected, with first-class postage thereon fully prepaid, in San Francisco, California, for mailing to the office of the addressee following ordinary business practices.

____ : By Personal Service - I caused each such envelope to be given to a courier messenger to personally deliver to the office of the addressee.

____ : By Overnight Courier - I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

____ : By Facsimile - From facsimile number (415) 984-8300 before 5:00 P.M., I caused each such document to be transmitted by facsimile machine, to the parties and numbers listed below, pursuant to Rule 2008. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original of this declaration.

____ : By Electronic Delivery - I caused each such electronic copy to be sent from the offices of Nixon Peabody, San Francisco, California to the electronic mailing address of the addressee(s).

Addressee(s)

**PLEASE SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury that the foregoing is true and correct. Executed on **October 6, 2006** at San Francisco, California.

_____
Tapa E. Tualaulelei

-1-

7553739.1

PROOF OF SERVICE w/ SERVICE LIST
CASE NO. C 06-03575 JF

-2-

## SERVICE LIST

Edward E. Hartley, Esq.
Dillingham & Murphy LLP
225 Bush Street, 6th Floor
San Francisco, CA 94104-4207
Telephone No.: (415) 397-2700
Facsimile No.: (415) 397-3300

**Attorneys for Defendant:**
**Star Children's Dress, Co., d/b/a Rare Editions**