| | |
|---|---|
| Glenn E. Westreich [State Bar No. 100457]<br>gwestreich@nixonpeabody.com<br>Patrick T. Michael [State Bar No. 169745]<br>pmichael@nixonpeabody.com<br>Beth L. Mitchell [State Bar No. 187460]<br>bmitchell@nixonpeabody.com<br>NIXON PEABODY LLP<br>Two Embarcadero Center, 27th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 984-8200<br>Facsimile: (415) 984-8300 | Edward E. Hartley [State Bar No. 122892]<br>eeh@dillinghammurphy.com<br>DILLINGHAM & MURPHY, LLP<br>225 Bush Street, 6th Floor<br>San Francisco, California 94104-4207<br>Telephone: (415) 397-2700<br>Facsimile: (415) 397-3300<br><br>Attorneys for Defendant:<br>STAR CHILDREN'S DRESS CO., INC., d/b/a<br>RARE EDITIONS |

Attorneys for Plaintiff:
BISCOTTI, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BISCOTTI, INC.,<br><br>                Plaintiff,<br><br>vs.<br><br>STAR CHILDREN'S DRESS CO.,<br>INC., d/b/a RARE EDITIONS, and DOES 1-10,<br>inclusive,,<br><br>                Defendant. | Case No. C 06-03575 JF<br><br>**STIPULATION AND** ~~PROPOSED~~ **ORDER TO PARTICIPATE IN PRIVATE MEDIATION IN LIEU OF COURT-CONNECTED MEDIATION PURSIANT TO CIVIL LOCAL RULE 16-8 AND ADR LOCAL RULE 3-5** |

IT IS HEREBY STIPULATED, between plaintiff, BISCOTTI, INC., ("Plaintiff") and defendant STAR CHILDREN'S DRESS CO., INC. d/b/a RARE EDITIONS ("Defendant") by and through their respective attorneys of record herein, that:

1. WHEREAS, on June 5, 2006, Plaintiff filed this civil action for copyright infringement and related claims, and

2. WHEREAS on August 24, 2006, Defendant filed its Answer to Complaint.

3. WHEREAS on October 11, 2006, the Court referred this matter to the court-connected mediation program, and

4.  WHEREAS the parties have agreed to participate in private mediation in lieu of court-connected mediation pursuant to Civil Local Rule 16-8 and ADR Local Rule. 3-5. The parties believe private mediation will be more conducive to resolution of the case and are in the process of coordinating the date for the mediation with a private mediator. The parties will conduct mediation prior to the January 19, 2007 case management conference and report on the outcome of the mediation at the January 19, 2007 case management conference.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE, as follows:

1.  The parties agree to attend private mediation in lieu of court-ordered arbitration as regards this matter, and

2.  The parties will confer and endeavor to agree upon a mutually acceptable mediator and will promptly notify the court of their selection once a date has been confirmed.

Respectfully submitted,

NIXON PEABODY LLP

DATED: December 7, 2006        By: /s/
                                   Glenn E. Westreich
                                   Rosalyn P. Mitchell
                                   Attorneys for Plaintiff BISCOTTI, INC.

DATED: December 7, 2006        DILLINGHAM & MURPHY LLP

                               By: /s/
                                   Edward E. Hartley
                                   Attorneys for Defendant
                                   STAR CHILDREN'S DRESS CO.,
                                   INC. d/b/a RARE EDITIONS

**IT IS SO ORDERED.**

Dated: 12/13/06

The Honorable Jeremy Fogel
United States District Court Judge