1  NIXON PEABODY, LLP
   GLENN E. WESTREICH (SBN: 100457)
2  JANELLE M. SMITH (SBN: 231801)
   Two Embarcadero Center, 27th Floor
3  San Francisco, CA 94111
   Telephone: (415) 984-8200
4  Facsimile: (415) 984-8300

5     Attorneys for Plaintiff Biscotti, Inc.

6

   DILLINGHAM & MURPHY, LLP
7  EDWARD E. HARTLEY (SBN: 122892)
   225 Bush Street, 6th Floor
8  San Francisco, California 94104-4207
   Telephone:     (415) 397-2700
9  Facsimile:     (415) 397-3300

10    Attorneys for Defendants Star Children's Dress Co., Inc.
      d/b/a Rare Editions
11

12

13                UNITED STATES DISTRICT COURT

14           NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

15

16 | BISCOTTI, INC.                              | Nos. C06-03575 JF
17 |                  Plaintiff,                  | **STIPULATION AND [PROPOSED]
18 |         v.                                   | ORDER CONTINUING CASE
   |                                              | MANAGEMENT CONFERENCE SET
19 | STAR CHILDREN'S DRESS CO, INC.               | FOR JANUARY 19, 2007 TO
   | d/b/a RARE EDITIONS, and DOES 1-10,          | FEBRUARY 16, 2007**
20 | inclusive,

21 |                  Defendants.

22

23
        Plaintiff BISCOTTI, INC. ("Plaintiff") and Defendant STAR CHILDREN'S DRESS
24
   CO., INC d/b/a RARE EDITIONS ("Defendant"), through their respective counsel stipulate as
25
   follows:
26
   1.   A Case Management Conference in this matter is currently set for Friday, January 19,
27
   2007 at 10:30 a.m.
28

Case No. C06-03575 JF
Stipulation to Continue Case Management Conference

Page 1

1  2.   In order to facilitate pending settlement efforts, the parties have agreed to mediate this matter on Monday, January 29, 2006 at the offices of JAMS/Endispute in San Francisco. John B. Bates, Jr. will be the mediator.

3.   The parties have inquired of the Court of the availability of Friday, February 16, 2007 at 10:30 a.m. as a date on which to continue the Case Management Conference. The Court has indicated that this date and time are available.

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HEREIN, that the Case Management Conference may be continued to Friday, February 16, 2007, at 10:30 a.m. in Courtroom 3, Fifth Floor. Case Management Conference Statements will be tendered pursuant to local rule.

Respectfully submitted,

Dated: January 5, 2007                    /S/
                                          Nixon Peabody, LLP
                                          Glenn E. Westreich, Esq.
                                          Attorneys for Plaintiff


Dated: January 5, 2007                    /S/
                                          Dillingham & Murphy, LLP
                                          Edward E. Hartley, Esq.
                                          Attorneys for Defendant

**SO ORDERED**

Dated:  1/10/07                           [signature]
                                          Hon. Jeremy Fogel
                                          **UNITED STATES DISTRICT JUDGE**

Case No. C06-03575 JF
Stipulation to Continue Case Management Conference